# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-00092-GCM

| | |
|---|---|
| LESSIE A. THOMAS, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| PRAIRIE PIZZA, | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on its own motion. On April 27, 2016, the Court conducted a pretrial conference. Consistent with discussions with counsel at that conference, the Court will order that discovery be stayed for thirty days in order to allow settlement negotiations. To the extent that the parties agree that limited discovery will aid in reaching a settlement, they are authorized to proceed with that discovery. In thirty days, absent notice of settlement, the Court will enter a pretrial order in this case and the parties may proceed with serving formal discovery requests per their Certificate of Initial Attorneys' Conference.

**IT IS THEREFORE ORDERED** that discovery is stayed for thirty days.

**SO ORDERED.**

Signed: April 27, 2016

Graham C. Mullen
United States District Judge